In the Matter of the Claim of JULIA GILCHRIST, Respondent, against AMERICAN NEWS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal by employer and carrier from so much of an award of the State Industrial Board under the Workmen's Compensation Law as directed payment into the aggregate trust fund of a lump sum for the benefit of Julia Gilchrist, the dependent mother of a deceased employee. She has been adjudicated an incompetent person and is confined in a State hospital. The appellants urge that the Industrial Board should have taken testimony as to the physical and mental condition of the claimant and considered such testimony in determining her life expectancy. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ANGELINA NICOLI, Respondent, against STOKER EQUIPMENT COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by employer and carrier from an award of death benefits to the widow and minor children. The question is whether the accident arose out of and during the course of the employment. Deceased was a mason by trade and worked as a laborer with the Stoker Equipment Company, Inc., engaged in the installation of automatic stokers. He had been unemployed for over a year. He started to work about July 15, 1935, and was assigned to a job which involved the operation of a hand drill machine, operated by compressed air. It was necessary to hold this drill with both hands and as the claimant's hands had become soft from lack of prior work both hands became filled with blisters. From an abscess which formed from one of the blisters on the left hand infection resulted which resulted in his death. The evidence supports the finding of an industrial accident which arose out of and in the course of the decedent's employment. The claimant died of the effect of the wound on the palm of his left hand sustained while at work. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.